UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 6778

------------------------------------------------ X
CAITLIN WILLIAMS; JOHN DOES 1-5 and
JANE DOES 1-5,

        Plaintiffs,             Case No.

   -against-                        STATEMENT
                                  PURSUANT
L.A. MODELS, INC. and NYC       TO F.R.C.P. 7.1(a)
MANAGEMENT GROUP, INC. d/b/a NEW
YORK MODEL MANAGEMENT,

        Defendants.
------------------------------------------------ X

JUL 27 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    L.A. Models, Inc. has no parent corporations. No publicly-held company owns more than ten (10%) percent of L.A. Models, Inc.'s stock.

Dated: Los Angeles, California,
       July 25, 2007

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
    Howard K. Alperin (HA 2864)
    515 S. Flower Street, Suite 1100
    Los Angeles, CA 90071
    (213) 312-2000
    *Attorneys for Defendant*
    *L.A. MODELS, INC.*

TO:   Anthony A. LoPresti, Esq.
      MELTZER LoPRESTI, LLP
      *Attorneys for Plaintiff*
      30 Broad Street, 37th Floor
      New York, NY 10004
      (212) 425-0551

LA/241522.1/HKA
7/25/07