CERTIFICATE OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK

I am over the age of 18 years, residing or employed in the County of New York, and not a party to the within action; my business address is. 17 State Street, Suite 2400, New York, NY 10004.

On July 27, 2007 I served the foregoing document described as: **DEFENDANT L.A. MODELS INC.'S NOTICE OF REMOVAL FROM STATE COURT TO UNITED STATES DISTRICT COURT, NOTICE TO SUPREME COURT OF FILING OF NOTICE OF REMOVAL, STATEMENT PURSUANT TO F.R.C.P.7.1(a) and CIVIL COVER SHEET** on the interested parties in this action by placing a true copy thereof, addressed as follows:

| | |
|---|---|
| Anthony A. LoPresti, Esq. | Robert J. Hantman, Esq. |
| Meltzer LoPresti, LLP | Hantman & Associates |
| 30 Broad Street, 37th Floor | 1414 Avenue of the Americas - Suite 406. |
| New York, New York 10004 | New York, New York 10019 |

[X]  (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 27 day of July 2007, at New York, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Cassia E. Oliveira                                    _____
                                                              Signature