UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAITLIN WILLIAMS, et al, <br><br>                    Plaintiff, <br><br>- against - <br><br>L.A. MODELS, INC., NYC MANAGEMENT GROUP, INC., d/b/a NEW YORK MODEL MANAGEMENT, <br><br>                    Defendants. | Case No.: 07 CIV 06778 (NRB) <br>Related to Case No.: 04 CIV 07703 (NRB) <br><br>NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 12(b)(6) TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED. |

PLEASE TAKE NOTICE that upon the allegations set forth in the Verified Complaint filed by plaintiff in this action and the exhibits attached thereto, a copy of which is attached hereto, and the points and authorities set forth in the accompanying Memorandum of Law and the exhibits attached hereto, the Request for Judicial Notice of the related case Bezuszka, et al v. L.A. Models, Inc., et al., defendants L.A. Models, Inc., and NYC Management Group, Inc. (collectively "Defendants") shall move this Court before the Honorable Naomi Reice Buchwald, United States District Judge, at the United States District Courthouse, 500 Pearl Street, Room 2270, New York, New York 10007 on the date and time set by the Court, for dismissal of this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  Defendants also seek such other and further relief as this Court Deems just and proper.

RC1/5040314.1/KTK

- 2 -

PLEASE TAKE FURTHER NOTICE, that pursuant to the Scheduling Order of the Court dated September 25, 2007, opposition papers, if any, are to be served by January 25, 2008, and Defendants' reply brief is due February 8, 2008.

Dated: December 13, 2007
Los Angeles, CA

ROPERS MAJESKI KOHN & BENTLEY

By: _____
Howard K. Alperin (HA 2864)
515 S. Flower Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 312-2000
Fax: (213) 312-2001
halperin@ropers.com
Attorneys for Defendants L.A. Models, Inc.
and NYC Management Group, Inc.

To:   Anthony A. LoPresti, Esq.
      Meltzer LoPresti, LLP
      30 Broad Street, 37th Floor
      New York, New York 10004
      Counsel for Plaintiff

RC1/5040314.1/KTK