UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAITLIN WILLIAMS, et al,<br><br>                            Plaintiff,<br><br>- against -<br><br>L.A. MODELS, INC., NYC MANAGEMENT GROUP, INC., d/b/a NEW YORK MODEL MANAGEMENT,<br><br>                            Defendants. | Case No.: 07 CIV 06778 (NRB)<br>Related to Case No.: 04 CIV 07703 (NRB)<br><br>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE. |

Defendants L.A. Models, Inc., and NYC Management Group, Inc. d/b/a New York Model Management respectfully requests that the court take judicial notice of the following:

1. The Agreement between Plaintiff Caitlin Williams and Defendants L.A. Models, Inc. and NYC Model Management Group, Inc. A true and correct copy is attached hereto as Exhibit "1";

2. The related case of Bezuska, et al. v. L.A. Models, Inc., et al., Southern District of New York Case No. CV 04-07703, with specific notice to the First Amended Complaint Paragraphs 163-188 and Exhibit "Q" to the First Amended Complaint, attached hereto as Exhibit "2";

3. The related case of Bezuska, et al. v. L.A. Models, Inc., et al., Southern District of New York Case No. CV 04-07703, with specific notice to the Affirmation in Opposition to Motion to Dismiss and Exhibit 1 thereto the Notice of Dismissal Without Prejudice dated March 8, 2005. A true and correct copy is attached hereto as Exhibit "3"; and

4. The Court's March 24, 2006 ruling on Defendant's Motion to Dismiss in the matter of Bezuska, et al. v. L.A. Modes, Inc., et al., Southern District of New York Case No. CV 04-07703. A true and correct copy is attached hereto as Exhibit "4".

This request is made pursuant to Rule 201 of the Federal Rules of Evidence.

Respectfully submitted,

Dated: December 13, 2007  
Los Angeles, CA

ROPERS MAJESKI KOHN & BENTLEY

By: _____
Howard K. Alperin – (HA 2864)
515 S. Flower Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 312-2000
Fax: (213) 312-2001
halperin@rmkb.com
Attorneys for Defendants L.A. Models, Inc., and NYC Model Management, Inc.