PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 years, residing or employed in the County of Los Angeles, and not a party to the within action; my business address is 515 S. Flower Street, Suite 1100, Los Angeles, CA 90071.

On December 13, 2007 I served the following document(s) described as:

**(1) NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 12(b)(6) TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; and (2) DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
on the interested parties in this action by placing a true copy thereof, addressed as follows:

Anthony A. LoPresti, Esq.
Meltzer LoPresti, LLP
30 Broad Street, 37th Floor
New York, New York 10004

[X]   (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (BY HAND DELIVERY) The foregoing courtesy copy documents were hand delivered on December 14, 2007 to the person(s) at the address listed below.

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

[X]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 13th day of December 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Victoria B. Mendoza
Typed or Printed Name

*Victoria B. Mendoza*
Signature

RC1/5041140.1/VM1          Proof of Service