☑002

LOS ANGELES | 515 South Flower Street
Redwood City | Suite 1100
New York | Los Angeles, CA 90071
San Francisco | Telephone (213) 312-2000
San Jose | Facsimile (213) 312-2001
www.ropers.com



Howard K. Alperin
(213) 312-2054



halperin@ropers.com

January 28, 2008

BY FAX (212) 805-7927

JAN 28 2008

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

Re: *Williams, et al. v. L.A. Models, Inc., et al.*, 07 CIV 06778

Dear Judge Buchwald:

This firm is counsel to defendant L.A. Models, Inc. and NYC Model Management, Inc. ("Defendants") in this action. I received a telephone call today from Stephen Markman, an associate of Mr. LoPresti, Plaintiff's counsel. Mr. Markman informed me that Mr. LoPresti suffered a death in his family over the weekend.

Mr. Markman requested a three week extension of time for Plaintiff to respond to Defendants Motion to Dismiss. This is acceptable to Defendants. If acceptable to the Court Plaintiff's Opposition would be due on or before February 18, 2008 and Defendant's Reply would be due on or before March 3, 2008.

Plaintiff and Defendants request the foregoing briefing schedule be "So Ordered" by the Court.

Thank you for your time and attention to this matter.

So Ordered
Naomi Reice Buchwald
USDJ
2/5/08

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

Howard K. Alperin (HA – 2864)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

cc: Anthony LoPresti, Esq. by fax (212) 658-9001

RC1/5061313.1/HKA