# EXHIBIT "A"

RC1/5079051.1/KTK

CHAMBERS OF THE
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
PHONE # 212-805-0194
FAX #:   212-805-7927



FEB 6 2008

# FAX COVER SHEET

DATE:    February 6, 2008

TO:      Howard K. Alperin, Esq. / Ropers, Majeski, Kohn & Bentley
FAX#:    213-312-2001

TO:      Anthony A. LoPresti, Esq. / Meltzer & Lopresti
FAX#:    212-658-9001

FROM:    CHAMBERS OF THE HON. NAOMI REICE BUCHWALD

RE:      Williams, et al. v. L.A. Models, et al., 07 CV 6778 (NRB)

NO. OF PAGES TO FOLLOW:    1

CONFIDENTIALITY NOTE: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this facsimile or the information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone or return the facsimile by mail.

| | | |
|---|---|---|
| LOS ANGELES<br>Redwood City<br>New York<br>San Francisco<br>San Jose | 515 South Flower Street<br>Suite 1100<br>Los Angeles, CA 90071<br>Telephone (213) 312-2000<br>Facsimile (213) 312-2001<br>www.ropers.com |  |

Howard K. Alperin
(213) 312-2054



halperin@ropers.com

January 28, 2008

JAN 28 2008

UNITED STATES DIST...

BY FAX (212) 805-7927

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

Re:    *Williams, et al. v. L.A. Models, Inc., et al.*, 07 CIV 06778

Dear Judge Buchwald:

This firm is counsel to defendant L.A. Models, Inc. and NYC Model Management, Inc. ("Defendants") in this action. I received a telephone call today from Stephen Markman, an associate of Mr. LoPresti, Plaintiff's counsel. Mr. Markman informed me that Mr. LoPresti suffered a death in his family over the weekend.

Mr. Markman requested a three week extension of time for Plaintiff to respond to Defendants Motion to Dismiss. This is acceptable to Defendants. If acceptable to the Court Plaintiff's Opposition would be due on or before February 18, 2008 and Defendant's Reply would be due on or before March 3, 2008.

Plaintiff and Defendants request the foregoing briefing schedule be "So Ordered" by the Court.

Thank you for your time and attention to this matter.

So Ordered
Naomi Reice Buchwald
2/5/08

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

Howard K. Alperin (HA – 2864)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

cc:    Anthony LoPresti, Esq. by fax (212) 658-9001

RC1/5061313.1/HKA