EXHIBIT "B"

RC1/5079051.1/KTK

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-06778-NRB Williams et al v. L.A. Models, Inc. et al Memorandum of Law in Opposition to Motion
**Date:** Wed, 20 Feb 2008 10:43 am

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by LoPresti, Anthony on 2/20/2008 at 1:39 PM EST and filed on 2/20/2008
**Case Name:**         Williams et al v. L.A. Models, Inc. et al
**Case Number:**       1:07-cv-6778
**Filer:**             Caitlin Williams
**Document Number:** 9

**Docket Text:**
**MEMORANDUM OF LAW in Opposition re: [5] MOTION to Dismiss** *Plaintiff's Complaint..* **Document filed by Caitlin Williams. (LoPresti, Anthony)**

**1:07-cv-6778 Notice has been electronically mailed to:**

Howard K. Alperin    crystallaw@aol.com

**1:07-cv-6778 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/20/2008] [FileNumber=4288051-0
] [2be9bd7eec1013aec15302e34828eb68a90e06349f0c059f514778a58577cf6e2e0
38bdbbf37d1a9fd2ce5c5a553e2058891263e26cd6cade75102f244ec29ce]]