PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 years, residing or employed in the County of Los Angeles, and not a party to the within action; my business address is 515 S. Flower Street, Suite 1100, Los Angeles, CA 90071.

On March 3, 2008 I served the foregoing document described as: DEFENDANTS L.A. MODELS, INC., AND NYC MANGEMENT GROUP, INC.'S REPLY BRIEF IN SUPPORT OF THEIR MOTION PURSUANT TO FED. R. CIV. P. 12(B)(6) TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED on the interested parties in this action by placing a true copy thereof, addressed as follows:

Anthony A. LoPresti, Esq.
Meltzer LoPresti, LLP
30 Broad Street, 37th Floor
New York, New York 10004

[X]   (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 3rd day of March 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Keiko T. Kakiuchi
Typed or Printed Name

Signature