UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAITLIN WILLIAMS, <br><br>                                Plaintiff, <br><br> - against - <br><br> L.A. MODELS, INC., NYC MANAGEMENT GROUP, INC <br><br>                               Defendants. | Case No.: 07 CIV 06778 (NRB) <br> Related to: 04 Civ. 7703 (NRB) <br><br><br> Document Electronically Filed |

## CONSENT TO CHANGE ATTORNEY

**IT IS HEREBY CONSENTED**, by and among the undersigned that EISNER & FRANK,

ATTN: HOWARD K. ALPERIN, ESQ., 9601 Wilshire Boulevard, Suite 700, Beverly Hills, CA

90210, be substituted as attorneys of record for defendants L.A. Models, Inc. and NYC

Management Group, Inc., in place and instead of the undersigned attorneys as of the date hereof.

Dated: March 28, 2008
Los Angeles, CA

ROPERS MAJESKI KOHN & BENTLEY

By: _____
Howard K, Alperin (HA 2864)
515 S. Flower Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 312-2000

Dated: March 28, 2008

Beverly Hills, California

EISNER & FRANK

By:_____
Howard K. Alperin, Esq. HA2864
9601 Wilshire Boulevard, Suite 1100
Beverly Hills, CA 90210
Telephone:    (310) 855-3200
Facsimile:    (310) 855-3201
E-mail:    halperin@eisnerlaw.com
Attorneys for Defendants L.A. Models, Inc. and
NYC Management Group, Inc.

Dated: April 7, 2008                           L.A. MODELS, INC

                                               By: _____
                                               Heinz Holba, President


Dated: April 7, 2008                           NYC MANAGEMENT GROUP, INC

                                               By: _____
                                               Heinz Holba, President

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 years, residing or employed in the County of Los Angeles, and not a party to the within action; my business address is 9601 Wilshire Boulevard, Suite 700, Beverly Hills, CA 90210

On April 7th , 2008, I served the foregoing document described as: CONSENT TO CHANGE ATTORNEY on the interested parties in this action by placing a true copy thereof, addressed as follows:

Anthony A. LoPresti, Esq.
Meltzer LoPresti, LLP
30 Broad Street, 37th Floor
New York, New York 10004

[X ]   (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed this 7th day of April, 2008, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

KENNEDY KOHAN
_____
Typed or Printed Name

_____
Signature

-3-