UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
CAITLIN WILLIAMS; JOHN DOES 1-5 and   :
JANE DOES 105,
                                       :
      Plaintiffs,
                                       :   Case No. 07 Civ. 6778 (NRB)
  -against-
                                       :   **STATEMENT PURSUANT TO**

                                       :   **F.R.C.P. 7.1(A)**
L.A. MODELS, INC. and NYC
MANAGEMENT GROUP, INC. d/b/a NEW       :
YORK MODEL MANAGEMENT,
                                       :
      Defendants.
                                       :
------------------------------------------ X

      Defendants NYC MANAGEMENT GROUP, INC. dba NEW YORK MODEL MANAGEMENT has no parent corporations. No publicly-held company owns more than ten (10%) percent of NYC MANAGEMENT GROUP, INC. dba NEW YORK MODEL MANAGEMENT's stock.

Dated: August 28, 2008

    Respectfully submitted,

    EISNER & FRANK

    By: _____
        Howard K. Alperin (TH 2864)
    9601 Wilshire Boulevard, Suite 700
    Beverly Hills, CA 90210
    *Attorneys for Defendants*
    *L.A. MODELS, INC & NYC Model*
    *Management Group, Inc.*

TO:   Anthony A. LoPresti, Esq.
      MELTZER LoPRESTI, LLP
      *Attorneys for Plaintiff*
      30 Broad Street, 37th Floor
      New York, NY 10004
      (212) 425-0551

122779